UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:05-cv-1459 SEB-VSS |
| | ) |
| PACKARD BELL COMPUTER; | ) |
| VARIOUS FLOPPY DISKS; | ) |
| BROTHER MFC 690 FAX/SCANNER; and | ) |
| CANON BJC 4200 PRINTER, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Plaintiff, United States of America, has moved pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of judgment by default. Plaintiff has shown that there is reasonable cause for seizure of the defendant property and probable cause to believe that the defendant property should be forfeited to the United States. Any and all potential claimants have been served by publication. No person has asserted a legal interest in any of the defendant property by filing a statement of right or interest and an answer to the complaint. The Court deems that all potential claimants admit the allegations of the complaint to be true.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment by default is now entered pursuant to Rule 55(b)(2) against all potential claimants, and the defendant property is hereby FORFEITED to the United States of America. The United States is ordered to dispose of said property according to law.

IT IS ALSO HEREBY DECREED that there was reasonable cause for the seizure of the defendant property as that term is used in Title 28, United States Code, Section 2465 and

that any and all persons connected with the seizure of the defendant property or any person connected with the bringing of this action will not be liable to suit or judgment on account of this suit or prosecution.

Dated: 01/30/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Steven D. DeBrota, Assistant United States Attorney
United States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN  46204-3048
steve.debrota@usdoj.gov